Dana **RUSSWORM**, Plaintiff–Appellant,

v.

James A. **YATES**; et al., Defendants–Appellees.

No. 05–17404.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2006.*

Filed June 15, 2006.

Dana Russworm, Coalinga, CA, pro se.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, T.G. NELSON and KLEINFELD, Circuit Judges.

### MEMORANDUM **

Upon review of the record and appellant's opening brief, this court hereby summarily affirms the district court's order denying appellant's premature motion for preliminary injunctive relief. *See United States v. Hooton,* 693 F.2d 857 (9th Cir. 1982) (per curiam) (summary affirmance appropriate where result is clear from face of record); *see also,* Fed.R.Civ.P. 65 (court can't grant preliminary injunctive relief prior to service on opposing side).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

